IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MYLES WHITE, :
:
    Petitioner, :
:
v. : No.: 4:15-CV-1226
:
STEVEN R. GLUNT, : (Judge Brann)
:
    Respondent. :

## ORDER

**AND NOW**, this 21st day of June 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus is **DENIED.**

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

                  BY THE COURT:

                  *s/ Matthew W. Brann*
                  Matthew W. Brann
                  United States District Judge