# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MYLES WHITE,

        Petitioner.

    v.

PA STATE ATTORNEY GENERAL,
STEVEN R. GLUNT, and
MR. MARK STEVEN MATTHEWS,

        Respondents.

No. 4:15-CV-01226

(Judge Brann)

## ORDER

**APRIL 4, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Myles White's Fed. R. Civ. P. 60(b) motion (Doc. 19) is **DISMISSED** for lack of jurisdiction; and

2.    The Court declines to issue a certificate of appealability.

        BY THE COURT:

        *s/ Matthew W. Brann*
        Matthew W. Brann
        United States District Judge