# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLES WHITE, | No. 4:15-CV-01226 |
| Petitioner. | (Judge Brann) |
| v. | |
| PA STATE ATTORNEY GENERAL, STEVEN R. GLUNT and MR. MARK STEVEN MATTHEWS, | |
| Respondents. | |

## ORDER

### JUNE 5, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Myles White's Fed. R. Civ. P. 60(b) motion (Doc. 23) is **DISMISSED** for lack of jurisdiction; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge